# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00462-CV

**Bobbi Battishia White, Appellant**

**v.**

**Michael J. Rogers, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 242-413-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Bobbi Battishia White filed a petition for permissive appeal seeking to challenge an interlocutory order signed on February 23, 2017. *See* Tex. Civ. Prac. & Rem. Code § 51.014(d); Tex. R. App. P. 28.3. White's petition indicates that she seeks permission from this Court to appeal the interlocutory order. For the following reasons, we will deny the petition for permissive appeal.

As an initial matter, Civil Practice and Remedies Code Sections 51.014(d) and (f) and Texas Rule of Appellate Procedure 28.3 require a party to obtain a written order from *the trial court* permitting an appeal of an order that is not otherwise appealable before that party may petition the court of appeals for permission to appeal. White has not obtained a written order

from the trial court granting her permission to appeal. Accordingly, the February 23, 2017 order is not appealable under Section 51.014(d).[1]

Moreover, although the trial court's February 23, 2017 order is not included with the petition for permissive appeal, White indicates that the order is a modified temporary order related to child custody. While Section 51.014(d) provides a mechanism by which parties may obtain permission to appeal otherwise-unappealable orders, "Subsection (d) does not apply to an action brought under the Family Code." Tex. Civ. Prac. & Rem. Code § 51.014(d-1); *see, e.g.*, *Hernandez v. Department of Family & Protective Servs.*, 392 S.W.3d 188, 190 (Tex. App.—El Paso 2012, no pet.).

For these reasons, we deny White's petition for permissive appeal. We dismiss as moot appellant's motion to stay the trial-court proceedings. *See* Tex. Civ. Prac. & Rem. Code § 51.014(e) (allowing appellate court to order stay of trial-court proceedings pending permissive appeal).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: July 25, 2019

---

[1] We also note that White's petition fails to comply with the requirements of Texas Rule of Appellate Procedure 28.3, which specifies the mandatory contents of an application to this Court for an appeal under Section 51.014(d). White's petition does not include the order appealed from, a table of contents, index of authorities, issues presented, or a statement of facts. *See* Tex. R. App. P. 28.3(e).